UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHAAN SHANNON STORES, INC. et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00905-DAD-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF PLAINTIFF'S VOLUNTARY NOTICE OF DISMISSAL<br><br>(ECF NO. 9) |

Plaintiff Hendrik Block filed a notice of voluntary dismissal, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendants had not filed an answer or motion for summary judgment and no counterclaim had been filed. Accordingly, in light of the dismissal, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　Dated: __August 23, 2019__　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1